**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00891-CV

————————————

**D&R USA ENTERPRISE, INC., Appellant**

**V.**

**SCF RC FUNDING IV, LLC, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-51843A**

## MEMORANDUM OPINION

Appellant D&R USA Enterprise, Inc. has filed an agreed motion to dismiss the appeal due to a settlement. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the agreed motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.